| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael W. Binning, CSB #88912<br>mbinning@binninglaw.com<br>Law Office of Michael W. Binning<br>200 Oceangate, Suite 845<br>Long Beach, CA 90802<br>Tel (562) 436-1502<br>Fax (562) 436-9288<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>BRIAN M. DANAHER and HEATHER J. DANAHER | CASE NO.: 8:13-bk-12495-CB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:**  American Express Bank, FSB

1.  TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2.  NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3.  **Deadline for Opposition Papers:**
    Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page I                    **F 4003-2.1.AVOID.LIEN.RP. MOTION**

4. **Type of Case:**

   a. ☒ A voluntary petition under chapter    ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: _03/21/2013_

   b. ☐ An involuntary petition under chapter    ☐ 7   ☐ 11 was filed on: _____

       ☐ An order of relief under chapter    ☐ 7   ☐ 11 was entered on: _____

   c. ☐ An order of conversion to chapter    ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: _____

   d. ☐ Other:

5. **Procedural Status:**

   a. ☒ Name of trustee appointed *(if any)*: _John M. Wolfe_

   b. ☐ Name of attorney of record for trustee *(if any)*: _____

6. Debtor claims an exemption in the subject real property under:

   a. ☒ California Code of Civil Procedure § _703.140(b)(5_ (Homestead):  Exemption amount claimed on

      schedules:  $ _100.00_

   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on

      schedules:  $ _____

   c. ☐ Other statute *(specify)*: _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:

   a. Date of entry of judgment *(specify)*: _02/18/2011_

   b. Case name *(specify)*: American Express Bank, FSB v. Brian Danaher

   c. Docket number *(specify)*: 30-2010-004_

   d. Date of recordation of lien *(specify)*: _05/02/2011_

   e. Recorder's instrument number or map/book/page *(specify)*: 2011000220551

8. The property claimed to be exempt is as follows:

   a. Street address *(specify)*: _11142 Martha Ann Drive, Los Alamitos, CA 90720_

   b. Legal description (specify): Lot 262, Tract 2601, City of Los Alamitos, County of Orange, per Map recorded
      Book 128, Pages 25-34 Miscellaneous Maps       ☐ See attached page

9. Debtor acquired the property claimed exempt on the following date *(specify)*: _12/13/2005_

10. Debtor alleges that the fair market value of the property claimed exempt is: $ _1,000,000.00_

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place
an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| OCWEN | ☐ | 02/06/2007 | $ 980,000.00 | $ 979,148.00 | 07/01/2013 |
| SLS | ☐ | 02/06/2007 | $ 139,000.00 | $ 135,434.00 | 03/20/2013 |
| American Express Bank, FSB | ☒ | 05/02/2011 | $ 6,942.62 | $ 8,629.44 | 07/25/2013 |
| | ☐ | | $ | $ | |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a. ☒ Schedule C listing all exemptions claimed by Debtor

   b. ☒ Appraisal of the property

   c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

   d. ☒ Recorded Abstract of Judgment

   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f. ☐ Declaration(s)

   g. ☐ Other (*specify*):

13. Total number of attached pages of supporting documentation: __38__

14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date: __07/25/2013__

                                    Signature of Debtor

                                    Brian M. Danaher
                                    Printed name of Debtor

Date: __07/25/2013__

                                    /s/ Michael W. Binning
                                    Signature of attorney for Debtor

                                    Michael W. Binning
                                    Printed name of attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 3                    **F 4003-2.1.AVOID.LIEN.RP. MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 200 Oceangate, Suite 845, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 07/29/2013  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/29/2013  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Bankruptcy Judge: Hon. Catherine E. Bauer
                411 W. Fourth Street, Suite 5165
                Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


 07/29/2013    Lisa M. Norrbom _____    /s/ Lisa M. Norrbom _____
 *Date*              *Printed Name*                    *Signature*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**In re Brian M. Danaher and Heather J. Danaher**
**Case No. 8:13-bk-12495-CB**

**Additional Service Information**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael W Binning    mbinning@binninglaw.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Steven G Kane    ecfnotices@ascensioncapitalgroup.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- John M Wolfe (TR)    john.wolfe@txitrustee.com, ecf.alert+jmwolfe@titlexi.com

**Served by United States Mail**

Bankruptcy Rule 7004(h) – service of process on an insured depository institution by Certified Mail:

American Express Bank, FSB:
Scott C. Godderidge
President and CEO
American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184

By First Class Mail, postage prepaid:

Attorney for American Express Bank, FSB:
Robert L. Bachman
19100 Von Karman Ave., Suite 380
Irvine, CA 92612

B6C (Official Form 6C) (04/10)

In re  Brian M. Danaher and Heather J. Danaher                                    Case No. _____
_____                                  _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 11142 Martha Ann Drive Los Alamitos, CA 90720-2916 | C.C.P. 703.140(b)(5) | 100 | 1,014,000 |
| Cash | C.C.P. 703.140(b)(5) | 100 | 100 |
| Clothing | C.C.P. 703.140(b)(3) | 1,000 | 1,000 |
| Household goods, furnishings | C.C.P. 703.140(b)(3) | 2,500 | 2,500 |
| Jewelry | C.C.P. 703.140(b)(4) C.C.P. 703.140(b)(5) | 1,425 75 | 1,500 |
| 100% shares AAA Relo, Inc. | C.C.P. 703.140(b)(5) | 18,000 | 0 |
| 2004 GMC Yukon | C.C.P. 703.140(b)(2) C.C.P. 703.140(b)(5) | 4,800 6,300 | 11,100 |
| Checking account - Chase Bank | C.C.P. 703.140(b)(5) | 100 | 100 |
| | Total exemptions claimed: | 34,400 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-788 - 30513-301X-***** - Adobe PDF

## Mortgage Account Statement

**CUSTOMER INFORMATION**

Name: Brian M Danaher

Account Number: 7472587690
Home Phone #: (562)431-4563

**PROPERTY ADDRESS**

**11142 MARTHA ANN DRIVE
LOS ALAMITOS   CA 90720**

O C W E N ®

Visit us at ocwen.mortgagebanksite.com
for account information.

091VI0 11 003   0000003 20130708 MG228801 OCSKB   I OZ DOM M0028000OP 148316  GM

BRIAN M DANAHER
11142 MARTHA ANN DRIVE
LOS ALAMITOS CA  90720-2916

Customer Care Inquiries:   1-800-766-4622

Please verify your mailing address, borrower and co-borrower information.   Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

| Account Information | |
|---|---|
| Account Number | 7472587690 |
| Statement Date | July 01, 2013 |
| Maturity Date | February 01, 2037 |
| Interest Rate | 3.12500 |
| Interest Paid Year-to-Date | $18,259.12 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $979,148.33 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $2,549.87 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $0.00 |
| Late Charges | $0.00 |
| Other | $0.00 |
| Total Unpaid Amount | $2,549.87 |
| Payment Date | August 01, 2013 |

For questions on the servicing of your account,
call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 07/01/13 | 07/01/13 | $2,549.87 | | $2,549.87 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection.  This statement is being provided for your convenience.  If you choose to continue to remit payments, please include the coupon below with any payment you send.  If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures
Loan Statements



**SLS**
Specialized Loan Servicing, LLC

8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129
1-800-315-4SLS (4757)

+ 0418642 000019038 09SL04 0056845
BRIAN DANAHER
11142 MARTHA ANN DR
LOS ALAMITOS CA 90720-2916

Property Address:
11142 MARTHA ANN DR
LOS ALAMITOS CA 90720

### Home Equity Line Statement

| | |
|---|---|
| Statement Closing Date: | 02/27/13 |
| Account Number: | 1004294868 |
| **Payment Summary** | |
| **Payment Due Date:** | **03/20/13** |
| Current Receivable Due: | 607.58 |
| Escrow Payment: | 0.00 |
| Past Due Receivable: | 0.00 |
| Outstanding Late | |
| Charges/Fees: | 15.00 |
| Optional Ins. Payment: | 0.00 |
| Suspense Balance: | 0.00 |
| **Total Receivable Due:** | **622.58** |
| **Account Summary** | |
| Credit Line: | $139,000.00 |
| Available Credit: | $0.00 |
| Average Daily Balance: | $134,811.20 |
| Finance Charges Paid | |
| to Date: | $1,345.41 |
| Current Balance: | $134,811.13 |
| Fee/Advance Balance: | $0.00 |
| Deferred Principal Balance: | $0.00 |
| Deferred Interest Balance: | $0.00 |

### IMPORTANT NOTES

For questions regarding this statement, to make a payment or for general account information, you may call our customer care center. You may also sign up for our free and easy Automated Payment Drafting. Call 1-800-315-4SLS (4757), Monday through Friday, 6:00 am to 6:00 pm MST. Our TDD number is 1-800-268-9419, and is available Monday through Friday, 8:00 am to 5:00 pm MST. We are pleased to announce that you may now access your account information on line at www.sls.net 24 hours a day regardless of account status!

### Thank you for your business!

### How We Arrived At Your New Balance:

| Previous Balance | (+)Advances & Charges | (-)Payments & Credits | Billed Principal | Escrow Payment | (+)Finance Charges | (+)(-)Credit/Debit Adjustments | New Balance This is Not a Payoff Figure |
|---|---|---|---|---|---|---|---|
| $135,498.96 | $0.00 | $672.83 | $0.00 | $0.00 | $607.58 | $0.00 | $135,433.71 |

### Activity Since Your Last Statement

| Trans Date | Description | Check Number | Total | Principal | Finance Charges | Late Charge/ Other |
|---|---|---|---|---|---|---|
| 02/13/13 | Monthly Payment | | 672.67 | 0.00 | 672.67 | 0.00 |
| 02/13/13 | Principal Payment | | 0.16 | 0.16 | 0.00 | 0.00 |

----------Finance Charges----------

| Days | Annual Percentage | Per Diem | Principal | Finance Charges* |
|---|---|---|---|---|
| 13 | 5.875 | 21.69908 | $134,811.29 | $282.09 |
| 15 | 5.875 | 21.69905 | $134,811.13 | $325.49 |



ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*:

Recording requested by and return to:

Robert L. Bachman, Esq. SBN56489
LAW OFFICE OF ROBERT L. BACHMAN
19100 VON KARMAN AVENUE, SUITE 380

IRVINE, CA  92612
949-955-0221         OF

[X] ATTORNEY   [X] JUDGMENT   [ ] ASSIGNEE OF
    FOR              CREDITOR          RECORD

**Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder**

29.00

2011000220551 3:15 pm 05/02/11
276 418 A03  2
0.00 0.00 0.00 0.00 3.00 20.00 0.00 0.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 8141 WEST 13TH STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: WESTMINSTER, CA  92863
BRANCH NAME: WEST JUSTICE CENTER

*FOR RECORDER'S USE ONLY*

PLAINTIFF: AMERICAN EXPRESS BANK, FSB, FEDERAL
SAVINGS BANK

DEFENDANT: BRIAN DANAHER aka BRIAN M. DANAHER, an Individual;
DANAHER'S TRUCKING, INC., a California corporation

CASE NUMBER:

30-201000431288

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   ```
   BRIAN DANAHER aka BRIAN M. DANAHER, an Individual
   3532 Katella Avenue, #107
   Los Alamitos, CA 90720
   ```

   b. Driver's license no. [last 4 digits] and state:                    [X] Unknown
   c. Social security no. [last 4 digits]: XXX-XX-5084          [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*: BRIAN DANAHER aka BRIAN M. DANAHER, an Individual;Danaher;s Trucking, Inc., a California corporation
      3532 Katella Avenue, #107, Los Alamitos, CA 90720

2. [X] Information on additional judgment
       debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   American Express Bank, Fsb, Federal Shavings Bank c/o Law Office of Robert
   L. Bachman, 19100 Von Karman, Suite 380, Irvine, CA 92612

   Date: 02/18/2011
   ROBERT L. BACHMAN, ESQ.
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment
       creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

                                        ▶
                        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 6,942.62

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: 02/18/2011
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
       is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           *(date)*:

12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by ALAN CARLSON                              , Deputy
                                    P. Bower

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

This abstract issued on *(date)*:

APR 2 1 2011

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Legal
Solutions
◇ Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

**Recorded Abstract of Judgment**

| PLAINTIFF: AMERICAN EXPRESS BANK, FSB, FEDERAL SAVINGS BANK | CASE NUMBER: |
|---|---|
| DEFENDANT: BRIAN DANAHER aka BRIAN M. DANAHER, an Individual; DANAHER'S TRUCKING, INC., a California c | 30-201000431288 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address

DANAHER'S TRUCKING, INC., a California corporation
3532 Katella Avenue, #107
Los Alamitos, CA 90720

Driver's license no. [last 4 digits]
and state:      ☒ Unknown
Social security no. [last 4 digits]:      ☒ Unknown
Summons was personally served at or mailed to *(address)*:

DANAHER'S TRUCKING, INC., a California corporation

3532 Katella Avenue, #107

Los Alamitos, CA 90720

17.      Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18.      Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19.      Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**Recorded Abstract of Judgment**